# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Larry Geiger, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. 09-3211-CV-W-JTM |
| ) | |
| Michael J. Astrue, ) | |
| ) | |
| Defendant. ) | |

# ORDER

On Thursday, August 12, 2010, the Court heard oral argument on *Plaintiff's Social Security Brief*, filed January 26, 2010 [Doc. 8]; the *Brief For Defendant*, filed May 7, 2010 [Doc. 13]; and the *Plaintiff's Reply Brief*, filed June 1, 2010 [Doc. 14].  After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**